IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EUGENE ROSENZWEIG, <br> 6158 FORTY WINKS WAY <br> COLUMBIA, MARYLAND 21045, <br><br> Plaintiff, <br><br> v. <br><br> THE NATIONAL SECURITY AGENCY, et al., <br><br> Defendants. | Civil No. |

## NOTICE OF REMOVAL

The United States of America, on behalf of the defendant National Security Agency and Department of Homeland Security, hereby files this Notice of Removal, and in support thereof states as follows:

1. The National Security Agency and Department of Homeland Security are defendants in a civil action now pending in the Circuit Court for Howard County, Case No. 13-C-12-092233. A trial has not yet been scheduled. Copies of all processes, pleadings, and orders served upon the defendants are attached hereto.

2. The state court civil action was filed on September 20, 2012

3. A writ of summons to National Security Agency and The Department of Homeland Security were issued on September 24, 2012.

4. The above-captioned action is one which may be removed at any time to this court pursuant to 28 U.S.C. § 2679 because (i) the plaintiff in this action seeks judgment from alleged

tortious action by the National Security Agency and Department of Homeland Security; (ii) at the time of the alleged incident, defendants National Security Agency and Department of Homeland Security was and are agencies of the United States; (iii) remedy by suit within the meaning of 28 U.S.C. § 2679 is, therefore, available to the plaintiff against the United States.

WHEREFORE, this action now pending in the Circuit Court for Howard County is properly removed pursuant to 28 U.S.C. §§ 1441, 1442, 1446 and 2679.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Larry D. Adams
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800 (phone)
410-962-9947 (facsimile)

This Removal has been signed pursuant to Rule 11, Federal Rules of Civil Procedure.

_____
Larry D. Adams
Assistant United States Attorney

CERTIFICATE OF SERVICE

I certify that on this 16th day of October, 2012, a copy of the foregoing Notice of Removal was sent, first class, postage prepaid, to:

Eugene Rosenzweig
6158 Forty Winks Way
Columbia, Maryland 21045

                                                      Larry D. Adams
                                                     Assistant United States Attorney