| | |
|---|---|
| EUGENE ROSENZWEIG<br>    Plaintiff | *CIRCUIT COURT OF HOWARD COUNTY<br>*Case No. _____ |
| v. | |
| NATIONAL SECURITY AGENCY<br>    Defendant<br>&<br>Department of Homeland Security | |

COMPLAINT

Eugene Rosenzweig, sues the National Security Agency of the United States and says:

PARTIES

1. Plaintiff Eugene Rosenzweig is a citizen of the state of Maryland.
2. Defendant National Security Agency of the (NSA) is an agency of the United States government.

COUNT 1
(Eavesdropping)

3. Between September 18, 2012 and present September 19, 2012, the NSA eavesdropped on the Plaintiff via electronic surveillance.

WHEREFORE, Eugene Rosenzweig demands judgment against the NSA for One Million Dollars ($1,000,000), plus interest and the costs of this action.

*Gene*

9-20-12

# AFFIDAVIT OF FACTS

I, Eugene Rosenzweig, swear the the facts contained in the Complaint are true.

(Electronically Signed)

Eugene Rosenzweig

*Gene RS*

*9-20-12*